# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JAMES BRUCE | Case No.: 1:20-cv-00585-SKO |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| Andrew Saul, Commissioner of Social Security | (Doc. 17) |
| Defendant. | |

Based upon the stipulation of the parties (Doc. 17), and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 12, 2021, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the March 30, 2021 Case Management Order, (Doc. 14), shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**July 8, 2021**__        /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE

1