Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SCOTT JAMES BRUCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JAMES BRUCE<br><br>            Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI[1],<br>Commissioner of Social Security,<br><br><br>            Defendant. | Case No. 1:20-cv-00585-SKO<br><br>STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(Doc. 19) |

Plaintiff Scott James Bruce and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from August 12, 2021 to September 13, 2021

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  for Plaintiff to file an Opening Brief, with all other dates in the Court's scheduling
2  order extended accordingly. This is Plaintiff's second request for an extension. This
3  request is made at the request of Plaintiff's counsel to allow additional time to fully
4  research the issues presented. Counsel's mother had emergency surgery on July
5  28th. As a result Counsel was in hospital taking care of her mother up until August
6  2nd and woke up this morning exhibiting symptoms nod a cold including low
7  grade fever. Counsel needs time to recuperate. Counsel sincerely apologizes to this
8  court for any inconvenience this may have caused.

9  DATE: August 12, 2021          Respectfully submitted,

10                                 LAWRENCE D. ROHLFING

11                                 /s/ *Monica Perales*

12                       BY: _____
                                  Monica Perales
13                                Attorney for plaintiff Mr. Scott James Bruce

14

15 DATE:  August 12, 2021         PHILLIP TALBERT
                                  Acting United States Attorney
16                                DEBORAH LEE STACHEL
17                                Regional Chief Counsel
                                  Social Security Administration
18

19
                                   /s/ *Marcelo N. Illarmo*
20
                         BY:_____
21                                Marcelo N. Illarmo
                                  Special Assistant United States Attorney
22                                Attorneys for defendant Andrew Saul
                                  Commissioner of Social Security
23                                |*authorized by e-mail|

24

25

26

**ORDER**

The Court is in receipt of Plaintiff's second Stipulation to Extend Time to File Opening Brief. (Doc. 19.) Pursuant to the parties' first Stipulation to Extend Time to File Opening Brief (Doc. 17), Plaintiff's opening brief was due on August 12, 2021, the same day on which Plaintiff filed the present second request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4). However, given counsel's family emergency and illness (*see* Doc. 19 at 1–2), and the fact that Defendant consents to the request, the Court GRANTS the request for an extension.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including September 13, 2021, to file his opening brief. All other dates in the Scheduling Order (Doc. 14) shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**August 13, 2021**__                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE